UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 17-cr-154-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN LEE MYERS | ORDER |

THIS MATTER came on to be heard upon Defendant's motion to seal, pursuant to Local Criminal Rule 55.2. For the reasons set forth in Defendant's motion, the Motion to Seal is GRANTED, and the Clerk of Court of this District is directed to seal Defendant's motion to continue sentencing pursuant to Local Criminal Rule 55.2.

SO ORDERED.

This the 1st day of May 2018.

Hon. Malcolm J. Howard
Senior United States District Judge, EDNC